ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
SIMON K. MORADZADEH - State Bar No. 325241
smoradzadeh@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: (310)553-3000

*Attorneys for Defendants*

JUSTIN E. STERLING - State Bar No. 249491
Justin@SterlingDefense.com
LAW OFFICES OF JUSTIN STERLING
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

ERIN DARLING - State Bar No. 259724
Erin@ErinDarlingLaw.com
LAW OFFICES OF ERIN DARLING
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRYN GARBUTT, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY PROBATION OFFICER LAWRENCE GILBREATH, LOS ANGELES COUNTY PROBATION OFFICER LISA PEREZ, LOS ANGELES COUNTY PROBATION OFFICER JULIO GARCIA, and DOES 1 TO 15,<br><br>            Defendants. | 2:24-cv-10947-WLH-BFM<br><br>Hon. Wesley L. Hsu (District Judge) and Hon Brianna Fuller Mircheff (Magistrate Judge)<br><br>**PLAINTIFF AND DEFENDANTS' JOINT RESPONSE TO OSC RE: DISMISSAL**<br><br>DATE:          June 27, 2025<br>TIME:          1:00 p.m.<br>COURTROOM:  9B<br><br>Complaint Filed: December 19, 2024 |

Plaintiff Kamryn Garbutt ("Plaintiff") and defendants County Of Los Angeles, Los Angeles County Probation Department (collectively, the "County"), Lawrence Gilbreath, Lisa Perez and Julio Garcia (collectively with the County, "Defendants") hereby respond to the Court's OSC Re Dismissal as follows:

Plaintiff and the County entered into a conditional settlement agreement in March 2025, with the understanding that the settlement would become effective upon approval through the County's litigation approval process.  The approval process is estimated to be completed by December 2025, and assuming the settlement is approved, the parties will subsequently file dismissal papers with the court.

Based on the foregoing, the parties respectfully request a continuance of the OSC currently scheduled for June 27, 2025 to a date in January 2026 that is convenient for the Court.

DATED:  June 24, 2025          GLASER WEIL FINK HOWARD
                                JORDAN & SHAPIRO LLP


                                By: */s/ Simon Moradzadeh*
                                    ANDREW BAUM
                                    SIMON MORADZADEH
                                    *Attorneys for Defendants*


DATED:  June 24, 2025          LAW OFFICES OF ERIN DARLING


                                By: */s/ Erin Darling*
                                    ERIN DARLING
                                    *Attorneys for Plaintiff*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067.

On June 24, 2025, I served the foregoing document(s) described as **PLAINTIFF AND DEFENDANTS' JOINT RESPONSE TO OSC RE: DISMISSAL** on the interested parties to this action at the following address(es):

## SERVICE LIST

Justin E. Sterling  *Attorneys for Plaintiff*
Justin@SterlingDefense.com
LAW OFFICES OF JUSTIN STERLING
15760 Ventura Blvd. Suite 700
Encino, CA 91436

Erin Darling
Erin@ErinDarlingLaw.com
LAW OFFICES OF ERIN DARLING
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on June 24, 2025 at Los Angeles, California.

                                        */s/ Arpine Matevosyan*
                                        Arpine Matevosyan