UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRYN GARBUTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY PROBATION OFFICER LAWRENCE GILBREATH, LOS ANGELES COUNTY PROBATION OFFICER LISA PEREZ, LOS ANGELES COUNTY PROBATION OFFICER JULIO GARCIA, and DOES 1 TO 15,<br><br>Defendants. | 2:24-cv-10947-WLH-BFM<br><br>**ORDER CONTINUING OSC RE: DISMISSAL [20]** |

WHEREAS, the Parties in the above-captioned case jointly requested a continuance of the OSC currently scheduled for January 9, 2026 to be continued to a date in April 2026, or such other date as may be convenient for the Court (Dkt. No. 24);

WHEREAS, the Parties so request because the approval process of the Parties' conditional settlement agreement is estimated to be completed on or around March 1, 2026, and assuming the settlement is approved, the parties anticipate subsequently filing dismissal papers with the court.

WHEREAS, good cause has been shown for the requested continuance;

IT IS HEREBY ORDERED that the OSC Re: Dismissal currently scheduled for January 9, 2026 in this case is continued to **April 3, 2026 at 1:00 p.m.**

**IT IS SO ORDERED**

DATED: January 8, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE